This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: November 5, 2021



John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In re: | * | Case No. 18-51060 |
|---|---|---|
| Gerrick Lamont Hale | | |
| Emily Rachel Hale | * | Judge: HOFFMAN |
| | * | Chapter 13 |

**ORDER GRANTING DEBTORS' VOLUNTARY MOTION TO DISMISS (Doc 63)**

This matter came before the Court upon Debtor's Voluntary Motion to Dismiss (Doc. 63) filed on November 1, 2021 ("Motion"). The Motion was served upon all parties in interest. The Court finds that all parties in interest have been properly served and that good cause exists for granting the Motion.

**IT IS THEREFORE ORDERED** that the Debtors' Chapter 13 case is dismissed and the trustee is hereby given leave to file her final report herein and be discharged from her trust.

**IT IS SO ORDERED.**

**Copies to All Creditors and Parties in Interest**